WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James Winston and Martha Winston, Husband and Wife, | NO. CIV-04-0342-PHX-SMM |
| Plaintiffs, | **ORDER** |
| v. | |
| American Family Mutual Insurance Company, | |
| Defendant. | |

Having received an *ex parte* Motion of Attorney James Marner to Withdraw as a Counsel of Record for Plaintiff (dkt. 89), and good cause appearing,

**IT IS HEREBY ORDERED GRANTING** *ex parte* Motion of Attorney James Marner to Withdraw as a Counsel of Record for Plaintiff.  (Dkt. 89.)

**IT IS FURTHER ORDERED** that attorney James Marner, Shultz & Rollins, Ltd., may withdraw as counsel of record for Plaintiff, pursuant to LRCiv 83.3(b)(1) of the Rules of Practice of the United States District Court for the District of Arizona.

DATED this 19th day of October, 2006.

Stephen M. McNamee
United States District Judge