WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James Winston and Martha Winston, Husband and Wife,<br><br>Plaintiffs,<br><br>v.<br><br>American Family Mutual Insurance Company,<br><br>Defendant. | NO. CIV-04-0342-PHX-SMM<br><br>**ORDER** |

Pending before the Court is Defendant's Motion to Extend the Deadline to File the Joint Proposed Pretrial Order and other trial documents required by docket numbers 87 and 88. (Dkt. 93.) For good cause shown,

**IT IS HEREBY ORDERED GRANTING** Defendant's Motion to Extend the Deadline to File the Joint Proposed Pretrial Order and other trial documents required by docket numbers 87 and 88. (Dkt. 93.)

**IT IS FURTHER ORDERED** that the Joint Proposed Pretrial Order and trial documents required by docket numbers 87-88 shall be filed no later than 5:00 p.m. on Monday, November 6, 2006. No further extensions will be granted.

DATED this 2nd day of November, 2006.

Stephen M. McNamee
United States District Judge