WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James Winston and Martha Winston, Husband and Wife,<br><br>  Plaintiffs,<br><br>v.<br><br>American Family Mutual Insurance Company,<br><br>  Defendant. | NO. CIV-04-0342-PHX-SMM<br><br>**ORDER** |

Pending before the Court is Defendant's Motion to Reschedule the Final Pretrial Conference set for January 17, 2007, Due to a Trial Set for January 17, 2007 in Globe, Arizona.  (Dkt. 103.)  For good cause shown,

**IT IS HEREBY ORDERED GRANTING** Defendant's Motion to Reschedule the Final Pretrial Conference Due to a Conflict.  (Dkt. 103.)

**IT IS FURTHER ORDERED VACATING** the Final Pretrial Conference set for January 17, 2007 at 3:00 p.m.

**IT IS FURTHER ORDERED** that the Final Pretrial Conference shall be held in Courtroom 605, at 401 W. Washington Street, Phoenix, Arizona, on February 6, 2007 at 4:00 p.m.

/ / /

1  **IT IS FURTHER ORDERED** that the Joint Proposed Pretrial Order in the form
2  specified in the Order issued November 14, 2006, <u>see</u> dkt. 100, shall be filed no later
3  than 5:00 p.m. on Friday, December 29, 2006.

4  DATED this 14th day of December, 2006.

*/s/ Stephen M. McNamee*
Stephen M. McNamee
United States District Judge