WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James Winston and Martha Winston, Husband and Wife,<br><br>　　　　　　　　Plaintiffs,<br><br>v.<br><br>American Family Mutual Insurance Company,<br><br>　　　　　　　　Defendant. | NO. CIV-04-0342-PHX-SMM<br><br>**ORDER** |

Pending before the Court is Defendant's Motion to Extend the Deadline to File the Joint Proposed Pretrial Order (the "Motion"). (Dkt. 114.) Defense counsel states that the Motion is "reluctantly filed due to plaintiffs' counsel's lack of timely cooperation in preparing these documents." (Id. at 1.) The sequence of events and communications described in the Motion supports this assertion.

This is not the first time defense counsel has requested an extension of the deadline on the grounds of plaintiffs' counsel's failure to cooperate in preparing the Joint Proposed Pretrial Order. See dkts. 99, 108. Given defense counsel's diligence in requesting extensions, the Court will grant a short extension of the deadline. However, counsel for all parties are informed that the Court will not tolerate any further requests for extensions based on either counsel's failure to cooperate. Accordingly,

/ / /

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

**IT IS HEREBY ORDERED GRANTING** Defendant's Motion to Extend the Deadline to File the Joint Proposed Pretrial Order. (Dkt. 114.)

**IT IS FURTHER ORDERED** that the Joint Proposed Pretrial Order shall be filed no later than 5:00 p.m. on Monday, January 6, 2007. No further extensions will be granted.

**IT IS FURTHER ORDERED** that counsel for all parties shall cooperate with each other in good faith in order to complete and timely file the Joint Proposed Pretrial Order.

DATED this 3rd day of January, 2007.

_____
Stephen M. McNamee
United States District Judge