WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James Winston and Martha Winston, Husband and Wife,<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>American Family Mutual Insurance Company,<br><br>　　　　　　　Defendant. | NO. CIV-04-0342-PHX-SMM<br><br>**ORDER** |

　　　Pending before the Court is Defendant American Family Mutual Insurance's Motion for Sanctions; Motion to Reset the Final Pretrial Conference and Extend Deadlines. (Dkt. 99.)

　　　On November 7, 2006, Defendant filed the instant Motion requesting sanctions against Plaintiffs and their attorney for failure to comply with the Court's Final Pretrial Conference Order and orders extending the deadline for the parties to file a proposed Joint Final Pretrial Order. (Dkt. 99.) Defendant argued that Plaintiffs' counsel failed to participate in good faith in the preparation of the proposed Joint Pretrial Order and requested the Court to dismiss the case. In the alternative, Defendant requested that the Final Pretrial Conference set for November 28, 2006 be rescheduled and the deadline for the parties to submit a proposed Joint Pretrial Order be extended. (Dkt. 99 at 1-2.)

1  On November 14, 2006, the Court vacated the Final Pretrial Conference scheduled to take place on November 28, 2006, rescheduled the Final Pretrial Conference for January 17, 2007, and permitted the parties to file a proposed Joint Pretrial Order no later than December 15, 2006.  (Dkt. 100.)  These measures were taken because the Court determined that counsel for *both parties* had failed to comply with the Court's Final Pretrial Conference Order.  See id. at 2-3.  After reviewing the proposed Joint Pretrial Order submitted on November 6, 2006, and the exhibits attached to Defendant's Motion, the Court was unable to determine whether counsel for one party was solely at fault.  However, because the proposed Joint Pretrial Order failed to comply with the Court's Final Pretrial Order, the Court was forced to reschedule the Final Pretrial Conference and extend the time for the parties to file a proposed Joint Pretrial Order.  Accordingly,

**IT IS HEREBY ORDERED DENYING** Defendant's Motion for Sanctions; Motion to Reset the Final Pretrial Conference and Extend Deadlines.  (Dkt. 99.)

DATED this 1st day of February, 2007.

_____
Stephen M. McNamee
United States District Judge