WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James Winston and Martha Winston, Husband and Wife,<br><br>　　　　　　　　Plaintiffs,<br><br>v.<br><br>American Family Mutual Insurance Company,<br><br>　　　　　　　　Defendant. | NO. CIV-04-0342-PHX-SMM<br><br>**ORDER** |

On February 6, 2007, the Court held a Final Pretrial Conference in the instant case. At the conclusion of the hearing, the Court ordered counsel to file notices indicating whether each of their clients consented to the case being tried before a United States Magistrate Judge. (Dkt. 120.) The parties have timely filed their notices, but they have not unanimously agreed for the case to be tried before a Magistrate Judge. See dkts. 123-124. Accordingly,

**IT IS HEREBY ORDERED** that a jury trial will be held in this case on the following dates: June 12, 2007 through and including June 15, 2007 and June 19, 2007 through and including June 22, 2007. Trial will be held before the Honorable Stephen M. McNamee in Courtroom 605, 401 W. Washington Street, Phoenix, Arizona, 85003.

1 **IT IS FURTHER ORDERED** that trial shall begin promptly at 9:00 a.m. on Tuesday, June 12, 2007.

**IT IS FURTHER ORDERED** that the parties shall keep the Court apprised of the possibility of settlement and should settlement be reached, the parties shall promptly file a Notice of Settlement with the Clerk of the Court.

DATED this 27th day of February, 2007.

_____
Stephen M. McNamee
United States District Judge