WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James Winston and Martha Winston, Husband and Wife, | NO. CIV-04-0342-PHX-SMM |
| Plaintiffs, | **ORDER** |
| v. | |
| American Family Mutual Insurance Company, | |
| Defendant. | |

The Court previously issued an order setting the trial in this case for June 12, 2007 through and including June 15, 2007 and June 19, 2007 through and including June 22, 2007.  See dkt. 125.  Pending before the Court is Defendant's Motion to Reset Trial Date due to a previously scheduled vacation that was discussed at the Final Pretrial Conference.  (Dkt. 126.)  For good cause shown,

   **IT IS HEREBY ORDERED GRANTING** Defendant's Motion to Reset Trial Date.  (Dkt. 126.)

   **IT IS FURTHER ORDERED VACATING** the trial set for June 12, 2007 through and including June 15, 2007 and June 19, 2007 through and including June 22, 2007.  See dkt. 125.

   */ / /*

**IT IS FURTHER ORDERED** that a jury trial will be held in this case on the following dates: **July 31, 2007 through and including August 3, 2007 and August 7, 2007 through and including August 10, 2007.**  Trial will be held before the Honorable Stephen M. McNamee in Courtroom 605, 401 W. Washington Street, Phoenix, Arizona, 85003.

**IT IS FURTHER ORDERED** that trial shall begin promptly at 9:00 a.m. on Tuesday, July 31, 2007.

**IT IS FURTHER ORDERED** that the parties shall keep the Court apprised of the possibility of settlement and should settlement be reached, the parties shall promptly file a Notice of Settlement with the Clerk of the Court.

DATED this 7th day of March, 2007.

Stephen M. McNamee
United States District Judge

-2-