**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| James Winston, et al., | ) | No. CV 04-342-PHX-SMM |
| Plaintiffs, | ) | **Order** |
| vs. | ) | |
| American Family Mutual Insurance Company, | ) | |
| Defendant. | ) | |

Having received Defendant's Notice of Settlement,  and good cause appearing,

**IT IS HEREBY ORDERED VACATING** the trial date of July 31, 2007.

**IT IS FURTHER ORDERED** that the parties have until **Friday, August 10, 2007** to file a stipulation for dismissal of this action signed by all parties.

**IT IS FURTHER ORDERED** that in the event that no such stipulation is filed, the Court has scheduled a status conference for **Monday, August 13, 2007 at 11:30 a.m.**  If the stipulation is received by **August 10, 2007**, the status conference will be automatically vacated.

DATED this 31st day of July, 2007.

Stephen M. McNamee
United States District Judge