**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| James Winston, et al., | ) | No. CV 04-342-PHX-SMM |
| Plaintiffs, | ) | **Order** |
| vs. | ) | |
| American Family Mutual Insurance Company, et al. | ) | |
| Defendants. | ) | |

Pursuant to stipulation of the parties, and for good cause shown,

**IT IS HEREBY ORDERED** that this suit is dismissed with prejudice, each party to bear its own costs and attorneys' fees incurred in connection with this case.

**IT IS FURTHER ORDERED** that any hearings scheduled in this matter are hereby **VACATED**.

DATED this 13th day of August, 2007.

_____
Stephen M. McNamee
United States District Judge